Judgment · Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

**In re Jean M. BOUDREAU (now known as Jean M. Wong).**

No. 2002–1408.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2006.

Before GAJARSA, Circuit Judge, LINN, and PROST, Circuit Judges.

**PRIMA TEK II, L.L.C., Plaintiff–Appellant,**

v.

**KLERK'S FLEXIBLE PACKAGING BV and Holland Pack BV, Defendants–Appellees.**

No. 06–1200.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2006.

Before LINN, PROST, Circuit Judges and SARIS, District Judge.*

* Honorable Patti B. Saris, District Judge, United States District Court for the District Massachusetts, sitting by designation.